**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | Chapter 13 |
|---|---|---|
|  | : |  |
| Allen T. Smith | : |  |
| Denise Y. Smith | : |  |
| Debtors | : | Bankruptcy No. 16-16056 JKF |

**ORDER**

**AND NOW,** this \_\_\_\_9\_\_\_\_day of \_\_\_\_March\_\_\_\_ 2017, upon consideration of the Objection to Exemption Pursuant to 11 U.S.C. Section 522(d) filed by the Chapter 13 Standing Trustee, and any answer filed thereto, and after a hearing it is

**ORDERED,** that the exemption claimed by debtors is hereby denied.

**BY THE COURT**

_____
**HONORABLE JEAN K. FITZSIMON**
**BANKRUPTCY JUDGE**

**Debtor**:
Allen T. Smith
Denise Y. Smith
919 North Walnut Street
Coatesville, PA 19320

**Debtor's Counsel**:
LEWIS P. HANNAH
Lewis P Hannah & Associates LLC
1315 Walnut Street
Suite 1326
Philadelphia, PA 19107

**George Conway, Esquire**
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

**William C. Miller, Esquire**
P.O. Box 1229
Philadelphia, PA 19105