**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| ALLEN SMITH | : | Bankruptcy No. 16-16056 JKF |
| DENISE SMITH | : | |
| | : | |
| | : | |
| Debtors | : | |

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

**AND NOW**, this _____ day of _____, 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 12-17338 on April 19, 2013, which was during the 4-year period preceding the filing date of the instant Chapter 13 case on August 29, 2016, the Court shall not grant a discharge in the instant case.

_____
Denise Smith, Debtor

_____
Allen Smith, Debtor

_____
Lewis P. Hannah, Esquire
Attorney for Debtors

/s/ William C. Miller, Esquire
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

3/9/17

BY THE COURT

_____
HONORABLE JEAN K. FITZSIMON
BANKRUTPCY JUDGE