United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-16056-jkf
Allen T. Smith                                                                  Chapter 13
Denise Y. Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett        Page 1 of 1          Date Rcvd: Mar 09, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db/jdb      +Allen T. Smith,   Denise Y. Smith,   919 North Walnut Street,   Coatesville, PA 19320-1850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
        LEWIS P. HANNAH    on behalf of Debtor Allen T. Smith lhannah969@aol.com,
        Lphcourtfilings@verizon.net
        LEWIS P. HANNAH    on behalf of Joint Debtor Denise Y. Smith lhannah969@aol.com,
        Lphcourtfilings@verizon.net
        MARY F. KENNEDY    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
        mary@javardianlaw.com,  tami@javardianlaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC as Servicer for U.S. Bank,
        N.A. as Trustee for Conseco Finance Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank, N.A. as Trustee for Conseco Finance
        Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
        philaecf@gmail.com
                                                                                          TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :          Chapter 13
                                              :
Allen T. Smith                                :
Denise Y. Smith                               :
                          Debtors             :          Bankruptcy No. 16-16056 JKF


## ORDER

**AND NOW,** this _____9_____ day of ____March____ 2017, upon consideration
of the Objection to Exemption Pursuant to 11 U.S.C. Section 522(d) filed by the Chapter 13
Standing Trustee, and any answer filed thereto, and after a hearing it is

**ORDERED,** that the exemption claimed by debtors is hereby denied.

                                              **BY THE COURT**

                                              _____
                                              **HONORABLE JEAN K. FITZSIMON**
                                              **BANKRUPTCY JUDGE**

**Debtor**:
Allen T. Smith
Denise Y. Smith
919 North Walnut Street
Coatesville, PA 19320

**Debtor's Counsel**:
LEWIS P. HANNAH
Lewis P Hannah & Associates LLC
1315 Walnut Street
Suite 1326
Philadelphia, PA 19107


**George Conway, Esquire**
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

**William C. Miller, Esquire**
P.O. Box 1229
Philadelphia, PA 19105