United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16056-jkf
Allen T. Smith                                                        Chapter 13
Denise Y. Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 09, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db/jdb         +Allen T. Smith,   Denise Y. Smith,   919 North Walnut Street,   Coatesville, PA 19320-1850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              LEWIS P. HANNAH    on behalf of Debtor Allen T. Smith lhannah969@aol.com,
               Lphcourtfilings@verizon.net
              LEWIS P. HANNAH    on behalf of Joint Debtor Denise Y. Smith lhannah969@aol.com,
               Lphcourtfilings@verizon.net
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC as Servicer for U.S. Bank,
               N.A. as Trustee for Conseco Finance Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A. as Trustee for Conseco Finance
               Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| ALLEN SMITH | : | Bankruptcy No. 16-16056 JKF |
| DENISE SMITH | : | |
| | : | |
| | : | |
| Debtors | : | |

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

**AND NOW**, this _____ day of _____, 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 12-17338 on April 19, 2013, which was during the 4-year period preceding the filing date of the instant Chapter 13 case on August 29, 2016, the Court shall not grant a discharge in the instant case.

_____
Denise Smith, Debtor

_____
Allen Smith, Debtor

_____
Lewis P. Hannah, Esquire
Attorney for Debtors

/s/ William C. Miller, Esquire
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

3/9/17

BY THE COURT

_____
HONORABLE JEAN K. FITZSIMON
BANKRUTPCY JUDGE

1