**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLEN T. SMITH<br>DENISE Y. SMITH | Chapter 13 |
| Debtor | Bankruptcy No. 16-16056-JKF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: May 25, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LEWIS P HANNAH
1315 WALNUT ST
SUITE 1326
PHILADELPHIA, PA 19107

Debtor:
ALLEN T. SMITH
DENISE Y. SMITH
919 North Walnut Street

Coatesville, PA 19320