United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Allen T. Smith
Denise Y. Smith
　　　Debtors

Case No. 16-16056-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: Antoinett　　　Page 1 of 2　　　　Date Rcvd: May 25, 2017
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.
```
db/jdb         +Allen T. Smith,    Denise Y. Smith,    919 North Walnut Street,    Coatesville, PA 19320-1850
13782995       +AES STUDENT LOANS,    P.O. BOX 2461,    HARRISBURG PA 17105-2461
13782996       +CAPITALONE,    P.O. BOX 75083,    CHARLOTTE NC 28275
13782992       +CB/LANE BRYANT,    P.O. BOX 182125,    COLUMBUS OHIO 43218-2125
13805747        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13782997        DITECH FINANCIAL LLC,    7380 SOUTH KYRENE ROAD,    T120,    TEMPE AZ 85283
13848774       +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
13782998       +KIA FINANCE,    P.O.BOX 650806,    DALLAS TEXAS 75265-0806
13806734       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13783001       +PINOLA & BOMSTEIN,    C/O MICHAEL BOMSTEIN ESQ.,    100 SOUTH BROAD ST,    SUITE 2126,
                 PHILA. PA. 19110-1022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 26 2017 01:08:03    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2017 01:07:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2017 01:07:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy.bnc@ditech.com May 26 2017 01:07:29     Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
13839657        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 01:04:27
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13821211        E-mail/Text: bnc-quantum@quantum3group.com May 26 2017 01:07:32
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13851493        E-mail/Text: bankruptcy.bnc@ditech.com May 26 2017 01:07:29     U.S. Bank, N.A. as Trustee,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
```
              LEWIS P. HANNAH    on behalf of Debtor Allen T. Smith lhannah969@aol.com,
               Lphcourtfilings@verizon.net
              LEWIS P. HANNAH    on behalf of Joint Debtor Denise Y. Smith lhannah969@aol.com,
               Lphcourtfilings@verizon.net
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC as Servicer for U.S. Bank,
               N.A. as Trustee for Conseco Finance Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A. as Trustee for Conseco Finance
               Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: May 25, 2017
                               Form ID: pdf900              Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN T. SMITH<br>DENISE Y. SMITH | Chapter 13 |
| Debtor | Bankruptcy No. 16-16056-JKF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: May 25, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LEWIS P HANNAH
1315 WALNUT ST
SUITE 1326
PHILADELPHIA, PA 19107


Debtor:
ALLEN T. SMITH
DENISE Y. SMITH
919 North Walnut Street

Coatesville, PA 19320